THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| **$83,001.29, More or Less, in U.S. Currency,** | * | CIVIL ACTION NO: 10-0567-CG-B |
| | * | |
| | * | |
| Defendant. | * | |

### FINAL JUDGMENT OF FORFEITURE

In accordance with the separate Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that the above-named defendant, **$83,001.29, More or Less, in U.S. Currency**, is forfeited to the plaintiff, the United States of America, for disposition according to law, pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. §881(a)(6).

**DONE and ORDERED** this 13th day of March, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE